| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar No.122664<br>Federal Defender |
| 2 | ANDREW WONG, CA Bar No. 308269<br>Assistant Federal Defender |
| 3 | Office of the Federal Defender<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant<br>MARCO ANTONIO LEANDRO-ONOFRE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>vs.<br><br>MARCO ANTONIO LEANDRO-ONOFRE,<br><br>    *Defendant*. | ) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) | Case No. 1:18-po-00045-SAB<br><br>STIPULATION TO ALLOW FIXED-SUM PAYMENT IN LIEU OF APPEARANCE; ORDER<br><br>Date: 06/07/2018<br>Time: 10 a.m.<br>Judge: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Darin Rock, counsel for the plaintiff, and Assistant Federal Defender Andrew Wong, counsel for defendant Marco Antonio Leandro-Onofre, that this case shall be resolved by payment of a fixed-sum in lieu of Mr. Leandro-Onofre's appearance pursuant to Federal Rule of Criminal Procedure 58(d)(1) and Local Rule Crim. 410.

    Marco Antonio Leandro-Onofre agrees to pay a $350 fine and a $30 processing fee, for a total of $380 on or before June 7, 2018. Payment shall be made to the Central Violations Bureau. Upon payment of Citation No. 6044536, the parties agree that the status conference currently scheduled for June 7, 2018 will be vacated and this case will close.

/ / /

/ / /

|   |                        |                                                                                                          |
|---|------------------------|----------------------------------------------------------------------------------------------------------|
| 1 |                        | Respectfully submitted,                                                                                  |
| 2 |                        | MCGRGEGOR W. SCOTT<br>United States Attorney                                                             |
| 4 | Date: March 28, 2018   | */s/ Darin Rock* _____<br>DARIN ROCK<br>Special Assistant United States Attorney<br>Attorney for Plaintiff |
| 7 |                        | HEATHER E. WILLIAMS<br>Federal Defender                                                                  |
| 9 | Date: March 28, 2018   | */s/ Andrew Wong* _____<br>ANDREW WONG<br>Assistant Federal Defender<br>Attorney for Defendant<br>MARCO ANTONIO LEANDRO-ONOFRE |

# O R D E R

This defendant was ordered to appear based upon am mandatory appearance and not a bailable amount. Therefore, the request is DENIED without prejudice.

IT IS SO ORDERED.

Dated: __**April 2, 2018**__

_____
UNITED STATES MAGISTRATE JUDGE