| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorney for Defendant
MARCO ANTONIO LEANDRO-ONOFRE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-po-00045-SAB |
|---|---|
| Plaintiff, | **[AMENDED] STIPULATION TO CONTINUE; ORDER** |
| vs. | |
| MARCO ANTONIO LEANDRO-ONOFRE, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Michael Tierney, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Marco Antonio Leandro-Onofre, that the Court continue the August 16, 2018 hearing to October 25, 2018.

Defense counsel was recently transferred this case and needs additional time to adequately advise Mr. Leandro-Onofre on how to proceed. The parties thus request that the Court continue Mr. Leandro-Onofre's August 16, 2018 hearing to October 25, 2018.

//

//

//

//

//

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | McGREGOR W. SCOTT<br>United States Attorney |
| Date: August 7, 2018 | | */s/ Michael Tierney*<br>MICHAEL TIERNEY<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: August 7, 2018 | | */s/ Hope Alley*<br>HOPE ALLEY<br>Assistant Federal Defender<br>Attorney for Defendant<br>MARCO ANTONIO LEANDRO-ONOFRE |

## **O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the August 16, 2018 hearing for Marco Antonio Leandro-Onofre, Case No. 1:18-po-00045-SAB, is continued to October 25, 2018 at 10:00 a.m.

IT IS SO ORDERED.

Dated: __**August 7, 2018**__

UNITED STATES MAGISTRATE JUDGE